**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ANTHONY RAY WEST**                                                                      **PETITIONER**
**Reg # 01472-031**

**VS.**                          **NO. 2:08-CV-00210-JLH-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                **RESPONDENT**

## ORDER

On December 5, 2008, Petitioner brought a petition for writ of habeas corpus under 28 U.S.C. § 2241 (docket entry #1). Petitioner has now paid the statutory filing fee in full (#4). The Clerk is instructed to serve a copy of the petition (#1) and this order on the Respondent and the United States Attorney by regular mail. The Court directs the Respondent to file an answer, motion, or other pleading responsive to the petition within twenty (20) days after service.

IT IS SO ORDERED this 12th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE