**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ANTHONY RAY WEST**                                                              **PETITIONER**

**v.**                          **CASE NO. 2:08CV00210 JLH/BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                              **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Anthony Ray West's Petition for Writ of Habeas Corpus (#1) is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE